NO. 07-04-0058-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

JUNE 22, 2006

______________________________

GREGORY SHAWN BRYANT AND LINSEY KAY BRYANT,

INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE 

OF KENNALEE D’LIN BRYANT, A DECEASED MINOR, APPELLANTS

v.

ERIC NICHOLAS LEVY, M.D., AMARILLO AREA HEALTHCARE

SPECIALISTS, L.L.P., NORTHWEST TEXAS HEALTHCARE

SYSTEM, INC., APPELLEES

_________________________________

FROM THE 108
TH
 DISTRICT COURT OF POTTER COUNTY;

NO. 89,510-E; HON. ABE LOPEZ, PRESIDING

_______________________________

Before QUINN, C.J., REAVIS, J., and BOYD, S.J.
(footnote: 1) 

ON MOTIONS FOR REHEARING

I concur with the opinion of Chief Justice Quinn that the motion for rehearing of Eric Nicholas Levy, M.D., and Amarillo Area Healthcare Specialists, L.L.P. should be granted and the judgment should be affirmed as to Levy and Amarillo Healthcare Specialists, L.L.P.; otherwise, as to Northwest Texas Healthcare System, Inc., I would overrule its motion for rehearing and reverse that portion of the judgment of the trial court.

Don H. Reavis

     Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon 2005).